JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Charlene Williams and Daniel Williams, Husband and Wife,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Caldera Medical, Inc., a California Corporation; American Medical Systems, Inc., a Delaware Corporation; and Does 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. CV13-1648 MMM (RZx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL OF AMERICAN MEDICAL SYSTEMS, INC. AND REMAND TO STATE COURT**<br><br>Compl. Filed: February 27, 2013<br><br>Honorable Margaret M. Morrow |

Having duly considered the Stipulation re Dismissal of American Medical Systems, Inc. and Remand to State Court by plaintiffs Charlene Williams and Daniel Williams, specially appearing defendant Caldera Medical, Inc., and defendant American Medical Systems, Inc.,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. That American Medical Systems, Inc. be dismissed from this action without prejudice; and

2. That this action is remanded to the Superior Court of California, County of Los Angeles.

**IT IS SO ORDERED.**

Dated: March 22, 2013

*/s/ Margaret M. Morrow*
Honorable Margaret M. Morrow
United States District Judge